IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>IHEARTMEDIA, INC., *et al*<br>   *Debtors*. | §<br>§<br>§<br>§ | CASE NO: 18-31274<br><br>CHAPTER 11 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>   *Plaintiff*.<br><br>VS.<br><br>IHEARTCOMMUNICATIONS, INC.; fka CLEAR CHANNEL COMMUNICATIONS. INC., *et al*.<br>   *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>ADVERSARY NO. 18-03052 |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  **Wilmington Savings Fund Society, FSB, Solely in its Capacity as Successor Indenture Trustee to the 6.875% Senior Notes Due 2018 and 7.25% Senior Notes Due 2027, and Not In Its Individual Capacity**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☒ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: **Judgment** [D.I. 264] and **Memorandum Opinion** [D.I. 263], attached hereto as Exhibits A and B, respectively.

2. State the date on which the judgment, order, or decree was entered: **January 15, 2019**

**Part 3: Identify the other parties to the appeal**

List the names of all the parties to the judgment, order, or decree appealed from the names, addresses, and telephone numbers of their attorneys:

1. Wilmington Savings Fund, FSB, as indenture trustee, *Plaintiff*

   Robin Russell (TX Bar No. 17424001)
   Timothy A. Davidson II (TX Bar No. 24012503)
   Ashley L. Harper (TX Bar No. 24065272)
   **HUNTON ANDREWS KURTH LLP**
   600 Travis, Suite 4200
   Houston, Texas 77002
   Telephone: (713) 220-3810
   Facsimile: (713) 220-4284
   E-mail: rrussell@HuntonAK.com
   taddavidson@HuntonAK.com
   ashleyharper@HuntonAK.com

   Seth H. Lieberman
   Patrick Sibley
   Matthew W. Silverman
   **PRYOR CASHMAN LLP**
   7 Times Square
   New York, New York 10036
   Telephone: (212) 421-4100
   Facsimile: (212) 326-0806
   E-mail: slieberman@pryorcashman.com
   psibley@pryorcashman.com
   msilverman@pryorcashman.com

   Jason N. Zakia
   **WHITE & CASE LLP**
   227 West Monroe Street, Suite 3900
   Chicago, Illinois 60606-5055
   Telephone: (312) 881-5400
   Email: jzakia@whitecase.com

   Thomas E Lauria (TX Bar No. 11998025)
   Erin R. Rosenberg
   **WHITE & CASE LLP**
   200 South Biscayne Blvd, Suite 4900
   Miami, Florida 33131
   Telephone: (305) 371-2700

|   |   |   |
|---|---|---|
|   |   | Facsimile: (305) 358-5744<br>E-mail: tlauria@whitecase.com<br>        erin.rosenberg@whitecase.com<br><br>J. Christopher Shore<br>Harrison L. Denman<br>Mark P. Franke<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>E-mail: cshore@whitecase.com<br>        harrison.denman@whitecase.com<br>        mark.franke@whitecase.com |
| 2. | iHeartCommunications, Inc., f/k/a Clear Channel Communications, Inc., AMFM Broadcasting Licenses, LLC, AMFM Broadcasting Inc., AMFM Operating, Inc., AMFM Radio Licenses, LLC, AMFM Texas Licenses, LLC, AMFM Texas, LLC, Capstar Radio Operating Company, and Capstar TX, LLC, *Defendants* | Patricia B. Tomasco (TX Bar No. 01797600)<br>Matthew D. Cavenaugh (TX Bar No. 24062656)<br>Jennifer F. Wertz (TX Bar No. 24072822)<br>**JACKSON WALKER LLP**<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>Telephone: (713) 752-4200<br>Facsimile: (713) 752-4221<br>E-mail: ptomasco@jw.com<br>        mcavenaugh@jw.com<br>        jwertz@jw.com<br><br>James H.M. Sprayregen, P.C.<br>Anup Sathy, P.C.<br>Brian D. Wolfe<br>William A. Guerrieri<br>Stephen C. Hackney P.C.<br>Richard U.S. Howell<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200 |

|  |  |
|---|---|
|  | E-mail: james.sprayregen@kirkland.com<br>anup.sathy@kirkland.com<br>brian.wolfe@kirkland.com<br>will.guerrieri@kirkland.com<br>shacknewy@kirkland.com<br>rhowell@kirkland.com<br><br>Christopher J. Marcus, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br>E-mail: christopher.marcus@kirkland.com |
| 3. Davidson Kempner Distressed Opportunities Fund, LP, Davidson Kempner Distressed Opportunities International Ltd., Davidson Kempner Institutional Partners, L.P., Davidson Kempner International Ltd., Davidson Kempner Partners, Franklin Custodian Funds – Franklin Income Fund, Franklin Templeton Variable Insurance Products Trust – Franklin Income VIP Fund, Gordel Capital Limited, Midtown Acquisitions L.P., M.H. Davidson & Co., OZ Credit Opportunities Master Fund Ltd., OZ Enhanced Master Fund, Ltd., OZ GC Opportunities Master Fund, Ltd., OZ Master Fund, Ltd., OZSC II, L.P., PIMCO Balanced Income Fund (Canada), PIMCO Bermuda Trust II: PIMCO Bermuda Income Fund (M), PIMCO Bermuda Trust IV: PIMCO Global High Yield Strategy Fund, PIMCO Global Income Opportunities Fund, PIMCO Horseshoe Fund, LP, PIMCO Monthly Income Fund (Canada), collectively, the "Senior Creditors," *Intervenor Defendants* | Thomas A. Howley (TX Bar No. 24010115)<br>**JONES DAY**<br>717 Texas, Suite 3300<br>Houston, Texas 77002<br>Telephone:  (832) 239-3939<br>Facsimile:   (832) 239-3600<br>E-mail: tahowley@jonesday.com<br><br>Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>**JONES DAY**<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, California 90013<br>Telephone:  (213) 489-3939<br>Facsimile:   (213) 243-2539<br>E-mail: bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |

|   |   |   |
|---|---|---|
|   |   | Morgan R. Hirst<br>**JONES DAY**<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile:  (312) 782-8585<br>E-mail: mhirst@jonesday.com |
| 4. | Official Committee of Unsecured Creditors, *Intervenor* | Marty L. Brimmage Jr. (TX Bar No. 00793386)<br>Lacy M. Lawrence (TX Bar No. 24055913)<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201<br>Telephone:  (214) 969-2800<br>Facsimile:   (214) 969-4343<br>E-mail: mbrimmage@akingump.com<br>llawrence@akingump.com<br><br>Ira S. Dizengoff<br>Philip C. Dublin<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, New York 10036-6745<br>Telephone:  (212) 872-1000<br>Facsimile:   (212) 872-1002<br>E-mail: idizengoff@akingump.com<br>pdublin@akingump.com |
| 5. | Delaware Trust Company, solely in its capacity as successor indenture trustee under that certain indenture dated June 21, 2013 for those certain 2021 Notes, *Intervenor Plaintiff* | William R. Greendyke<br>Jason Boland<br>**NORTON ROSE FULBRIGHT US LLP**<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010<br>Telephone:  (713) 651-5193<br>Facsimile:   (713) 651-5246<br>E-mail:<br>william.greendyke@nortonrosefulbright.com<br>jason.bolan@nortonrosefulbright.com |

|  |  |  |
|---|---|---|
|  |  | Marian Baldwin Fuerst<br>Christy Rivera<br>**NORTON ROSE FULBRIGHT US LLP**<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone:  (212) 408-5100<br>Facsimile:   (212) 541-5369<br>E-mail:<br>marian.baldwin@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com |
|  |  | Benjamin I. Finestone<br>Monica Tarazi<br>Victor Noskov<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone:  (212) 849-7100<br>Facsimile:   (212) 849-7100<br>E-mail: benjaminfinestone@quinnemanuel.com<br>monicatarazi@quinnemanuel.com<br>victornoskov@quinnemanuel.com |
|  |  | K. John Shaffer<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>865 South Figueroa St., 10th Floor<br>Los Angeles, California 90067<br>Telephone:  (213) 443-3000<br>Facsimile:   (213) 443-3100<br>E-mail: johnshaffer@quinnemanuel.com |
| 6. | UMB Bank, National Association, solely in its capacity as successor indenture trustee for the 11.25% Priority Guarantee Notes due 2021, *Intervenor Defendant* | Eric R. Wilson<br>William S. Gyves<br>Kristin S. Elliott<br>**KELLEY DRYE & WARREN LLP**<br>101 Park Avenue<br>New York, New York 10178<br>Telephone:  (212) 808-7800<br>Facsimile:   (212) 808-7897<br>E-mail: ewilson@kelleydrye.com<br>wgyves@kelleydrye.com |

|   |   |   |
|---|---|---|
|   |   | kelliott@kelleydrye.com |
| 7. | BOKF, National Association, solely in its capacity as successor indenture trustee for the 9% Priority Guarantee Notes due 2021, *Intervenor Defendant* | Paul J. Ricotta<br>Kaitlin R. Walsh<br>**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>666 Third Avenue<br>New York, New York 10017<br>Telephone:  (212) 935-3000<br>Facsimile:    (212) 983-3115<br>E-mail: pjricotta@mintz.com<br>krwalsh@mintz.com |
| 8. | U.S. Bank National Association, solely in its capacity as indenture trustee for the 10.625% Priority Guarantee Notes due 2023, *Intervenor Defendant* | John F. Sullivan III (Federal ID No. 9761)<br>**K&L GATES LLP**<br>100 Main Street, Suite 2550<br>Houston, Texas 77002<br>Telephone: (713) 815-7300<br>Facsimile: (713) 815-7301<br>Email: john.sullivan@klgates.com<br><br>Sven T. Nylen<br>Nora E. Becerra<br>**K&L GATES LLP**<br>70 West Madison Street, Suite 3100<br>Chicago, Illinois 60602-4207<br>Telephone: (312) 781-7235<br>Facsimile: (312) 345-9979<br>Email: sven.nylen@klgates.com<br>nora.becerra@klgates.com |
| 9. | Wilmington Trust, National Association, solely in its capacity as successor indenture trustee for the 9% Priority Guaranty Notes due 2019, *Intervenor Defendant* | Michael D. Warner  (TX Bar No. 00792304)<br>**COLE SCHOTZ P.C.**<br>301 Commerce Street, Suite 1700<br>Fort Worth, Texas 76102<br>Telephone: (817) 810-5265<br>Email: mwarner@coleschotz.com<br><br>Jayme T. Goldstein<br>Daniel A. Fliman<br>**STROOCK & STROOCK & LAVAN LLP** |

|  |  |  |
|---|---|---|
|  |  | 180 Maiden Lane<br>New York, New York 10038-4982<br>Telephone: (212) 806-5400<br>Email: jgoldstein@stroock.com<br>dfliman@stroock.com |
| 10. | Computershare Trust Company, N.A. and Computershare Trust Company of Canada, solely in their capacity as successor indenture trustee with respect to the 9% Priority Guarantee Notes due 2022, *Intervenor Defendants* | Keith M. Aurzada (TX Bar No. 24009880)<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>JPMorgan Chase Tower<br>2200 Ross Avenue, Suite 3300<br>Dallas, Texas 75201<br>Telephone: (214) 721-8041<br>Facsimile:   (214) 220-6741<br>E-mail: Keith.Aurzada@bclplaw.com<br><br>Stephanie Wickouski<br>Howard M. Rogatnick<br>Laith J. Hamdan<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 541-2000<br>Facsimile:   (212) 541-4630<br>E-mail: Stephanie.Wickouski@bclplaw.com<br>HMRogatnick@bclplaw.com<br>Laith.Hamdan@bclplaw.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in the judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

  ❑  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5. Sign below**

Respectfully submitted

/s/ Timothy A. Davidson II                            Date: January 25, 2019
Timothy A. Davidson II (TX Bar No. 24012503)
**HUNTON ANDREWS KURTH LLP**
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-3810
Facsimile:  (713) 220-4284
E-mail: taddavidson@HuntonAK.com